UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERICK OWUSU,<br><br>               Plaintiff,<br><br>v.<br><br>KING COUNTY SUPERIOR COURT, et al.,<br><br>              Defendants. | CASE NO. C14-1357-RSL<br><br>ORDER DISMISSING CIVIL RIGHTS COMPLAINT |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a cognizable ground for relief; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 22nd day of December, 2014.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING
CIVIL RIGHTS COMPLAINT
PAGE - 1